JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| C.H. ROBINSON COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>DA VINCI CARRIERS INC. ET AL.<br><br>Defendants. | Case No. SACV 15-1452 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Plaintiff and against Defendants for the sum of $38,910.18 and post-judgment interest.

Dated February 29, 2016

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT